IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **BUFFALO PATENTS, LLC,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**MOTOROLA MOBILITY LLC,**<br><br>    **Defendant.** | Case No.: 1:22-cv-00621 |

**PLAINTIFF'S LOCAL RULE 3.2**
**NOTICE OF AFFILIATES DISCLOSURE STATEMENT**

  The undersigned, counsel of record for Plaintiff Buffalo Patents, LLC ("Buffalo Patents") furnishes the following list in compliance with Local Rule 3.2:

  1.  Buffalo Patents is a Texas limited-liability company.

  2.  Buffalo Patents has no parent corporation, and no publicly held company owns 5% or more of its stock.

Dated: February 4, 2022               Respectfully submitted,

*/s/ Timothy J. Haller*
Timothy J. Haller (*Local Counsel*)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Matthew J. Antonelli (*Pro Hac Vice Pending*)
Zachariah S. Harrington (*Pro Hac Vice Pending*)
Larry D. Thompson, Jr. (*Pro Hac Vice Pending*)
Rehan M. Safiullah (*Pro Hac Vice Pending*)
ANTONELLI, HARRINGTON & THOMPSON LLP
4306 Yoakum Blvd, Ste 450
Houston, TX 77006
Phone: (713) 581-3000
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
rehan@ahtlawfirm.com

***Attorneys for Plaintiff,***
***Buffalo Patents, LLC***