# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BUFFALO PATENTS, LLC,**<br><br>       Plaintiff,<br><br> v.<br><br>**MOTOROLA MOBILITY LLC,**<br><br>       Defendant. | Case No.: 1:22-cv-00621 |

## APPENDIX A – PROPOSED SCHEDULE

| Date | Item |
|---|---|
| Monday, May 23, 2022 | Initial disclosures (LPR 2.1) |
| Monday, May 23, 2022 | Fact discovery opens (LPR 1.3) |
| Monday, June 6, 2022 | Initial Infringement Contentions (LPR 2.2) |
| Monday, June 20, 2022 | Initial Non-Infringement, Unenforceability, and Invalidity Contentions (LPR 2.3) & Document Production (LPR 2.4) |
| Thursday July 7, 2022 | Initial Response to Non-Infringement and Invalidity Contentions (LPR 2.5) |
| Monday, August 15, 2022 | Deadline to Amend Pleadings and/or Join Parties. |
| Monday, October 17, 2022 | List of Asserted Claims (LPR 3.1(a)(1)) |
| Monday, October 31, 2022 | Final Infringement Contentions (LPR 3.1(a)(2)) |
| Monday, October 31, 2022 | Final Unenforceability and Invalidity Contentions (LPR 3.1(b)) & Document Production (LPR 3.3) |
| Monday, December 5, 2022 | Final Non-infringement Contentions (LPR 3.2) |
| Monday, December 5, 2022 | Final Enforceability and Validity Contentions (LPR 3.2) |
| Monday, December 12, 2022 | Parties to Exchange Claim Terms to Be Construed Along with Proposed Constructions (LPR 4.1(a)) |
| Monday, December 19, 2022 | Parties to Meet and Confer (LPR 4.1(b)) |
| Thursday, January 19, 2023 | Opening Claim Construction Brief by Party Opposing Infringement (LPR 4.2(a)) |
| Thursday, January 19, 2023 | Joint Appendix (LPR 4.2(b)) |

| | |
|---|---|
| Wednesday February 15, 2022 | Responsive Claim Construction Brief by Party Claiming Infringement (LPR 4.2(c)) |
| Wednesday March 1, 2023 | Reply Claim Construction (LPR 4.2(d)) |
| Wednesday March 8, 2023 | Joint Claim Construction Chart (LPR 4.2(f)) |
| Wednesday March 22, 2023 | Exchange Claim Construction Exhibits (LPR 4.3) |
| *Wednesday March 29, 2023 | *MARKMAN* HEARING (LPR 4.3) (**exact date to be determined based on Court's schedule*) |
| TBD | Court's Claim Construction Ruling |
| TBD (*42 days after Claim Construction Ruling*) | Close of Fact Discovery (LPR 1.3) |
| TBD (*28 days after Close of Fact Discovery*) | Initial Expert Witness Disclosures (LPR 5.1(b)) |
| TBD (*28 days after initial expert reports*) | Rebuttal Expert Witness Disclosures (LPR 5.1(c)) |
| TBD (*28 days after rebuttal reports*) | Completion of Expert Witness Depositions (LPR 5.2) |
| TBD | Close of Expert Discovery |
| TBD (*28 days after close of expert discovery*) | Dispositive Motion Deadline (LPR 6.1) |
| TBD (*45 days before Trial*) | Submit Witness Lists, Designations of Witnesses, and Exhibit Lists |
| TBD | Final Pretrial Conference |
| TBD | TRIAL (*exact date to be determined based on Court's schedule*) |