# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **BUFFALO PATENTS, LLC,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　v.<br><br>**MOTOROLA MOBILITY LLC,**<br><br>　　　　　　　　**Defendant.** | Case No.: 1:22-cv-00621 |

## JOINT MOTION TO AMEND PROPOSED SCHEDULE

Plaintiff Buffalo Patents, LLC ("Buffalo") and Defendant Motorola Mobility LLC ("Motorola") jointly request that the Court amend the proposed schedule. In support of this Motion, the Parties respectfully submit as follows:

1. On June 2, 2022, the parties jointly submitted their Report of the Parties' Planning meeting, which included the parties' proposed schedule (Dkt. 32, Appendix A).

2. The Court has not yet entered the proposed schedule.

3. Counsel for the Parties have met and conferred to discuss several issues relating to discovery. As a result, the Parties have agreed to extend the date for (1) Motorola to respond to Buffalo's First Set of Interrogatories and Requests for Production by three weeks, (2) Motorola's LPR 2.3 and 2.4 disclosures by one week, and (3) Buffalo's LPR 2.5 disclosures by four weeks.

4. The revised LPR deadlines, which were originally set forth in the proposed schedule, appear in the amended proposed schedule of Exhibit A.

5. The Parties respectfully submit that there is good cause for the requested extension of the proposed schedule. The proposed extension is not meant to cause delay but so

that justice may be done.

WHEREFORE, the Parties respectfully request that the Court grant their request and extend the requested deadline.

Dated: June 17, 2022

Respectfully submitted,

/s/ *Zachariah S. Harrington*
Timothy J. Haller (*Local Counsel*)
HALLER LAW PLLC
230 E Delaware Pl, Ste 5E
Chicago, IL 60611
Phone: (630) 336-4283
haller@haller-iplaw.com

Matthew J. Antonelli (*Pro Hac Vice*)
Zachariah S. Harrington (*Pro Hac Vice*)
Larry D. Thompson, Jr. (*Pro Hac Vice*)
Rehan M. Safiullah (*Pro Hac Vice*)
ANTONELLI, HARRINGTON &
THOMPSON LLP
4306 Yoakum Blvd, Ste 450
Houston, TX 77006
Phone: (713) 581-3000
matt@ahtlawfirm.com
zac@ahtlawfirm.com
larry@ahtlawfirm.com
rehan@ahtlawfirm.com

*Attorneys for Plaintiff*
*Buffalo Patents, LLC*

/s/ *Michael T. Morlock*
Michael R. Weiner
Chelsea M. Murray
Marshall, Gerstein & Borun LLP
233 S. Wacker Dr.,
Suite 6300
Chicago, IL 60606
T: 312.474.6300
E: mweiner@marshallip.com
E: cmurray@marshallip.com

Steven D. Moore
Kilpatrick Townsend & Stockton LLP
Two Embarcadero Center Suite 1900
San Francisco, CA USA 94111
E: smoore@kilpatricktownsend.com

D. Clay Holloway
Michael T. Morlock
Courtney S. Dabbiere
Kilpatrick Townsend & Stockton LLP
1100 Peachtree Street NE Suite 2800
Atlanta, GA USA 30309
E: cholloway@kilpatricktownsend.com
E: mmorlock@kilpatricktownsend.com
E: cdabbiere@kilpatricktownsend.com

Kathleen R. Geyer
Kilpatrick Townsend & Stockton LLP
1420 Fifth Avenue Suite 3700
Seattle, WA USA 98101
E: kgeyer@kilpatricktownsend.com

*Counsel for Defendant*
*Motorola Mobility LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      */s/ Zachariah S. Harrington*
                                                     Zachariah S. Harrington